[ ] AMENDED

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

In re: (1) LATASHA TREBLE  Case No. 20-21289

(2)

Debtor(s).  Chapter 13

# CHAPTER 13 PLAN

**ADDRESS:** (1) 4096 EAGLE RIVER ROAD
MEMPHIS, TN 38118

**PLAN PAYMENT:**

DEBTOR (1) shall pay **$100.00 PER MONTH**

( ) PAYROLL DEDUCTION from:  **OR** (X) **DIRECT PAY**

DEBTOR (2) shall pay $

( ) PAYROLL DEDUCTION from:  **OR** ( ) **DIRECT PAY**

1. **THIS PLAN [Rule 3015.1 Notice]:**

    (A) CONTAINS A NON-STANDARD PROVISION. [See Plan Provision #19]  ( ) **YES** ( X ) **NO**

    (B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION OF THE COLLATERAL FOR THE CLAIM. [See Plan Provision #7 and #8]  ( ) **YES** ( X ) **NO**

    (C) AVOIDS A SECURITY INTEREST OR LIEN. [See Plan Provision #12]  ( ) **YES** ( X ) **NO**

2. **ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' Attorney Fee pursuant to Confirmation Order.

3. **AUTO INSURANCE:** ( ) Included in Plan; **OR** ( X ) Not included in Plan; Debtor(s) to provide proof of insurance at Section 341 Meeting of Creditors.

4. **DOMESTIC SUPPORT:** Paid by: ( ) Debtor(s) directly, ( ) Wage Assignment, **OR** ( ) Trustee to**:**  **Monthly Plan Payment**

    NONE  Ongoing Payment Begins: $
    Approximate Arrearage: $

5. **PRIORITY CLAIMS:**

    NONE  Amount: $

6. **HOME MORTGAGE CLAIMS:** ( ) Paid Directly by Debtor(s); **OR** ( ) Paid by Trustee to:

    NONE  Ongoing Payment Begins: $
    Approximate Arrearage: $
    Ongoing Payment Begins: $
    Approximate Arrearage: $

7. **SECURED CLAIMS:**

    [Retain Lien 11 U.S.C. Sec. 1325 (a)(5)]  Value of Collateral:  Rate of Interest:  **Monthly Plan Payment**

    NONE

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

| [Retain Lien 11 U.S.C. Sec. 1325(a)] | Value of Collateral | Rate of Interest: | Monthly Plan Payment |
|---|---|---|---|
| NONE | | | $ |
| | | | $ |

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

NONE     Collateral:
         Collateral:

**10. SPECIAL CLASS UNSECURED CLAIMS:**

| | Amount: | Rate of Interest: | Monthly Plan Payment |
|---|---|---|---|
| SHADOWBROOK TOWNHOMES | $1,280 | 0% | $25.00 |
| CITY OF MEMPHIS TVB | $300 | 0% | $5.00 |
| SHELBY COUNTY GEN SESS CRIM CT | $300 | 0% | $5.00 |

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS**

NONE     ( ) Not provided for   **OR**   ( ) General unsecured creditor
         ( ) Not provided for   **OR**   ( ) General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C. Sec. 522(f):**

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:** $1,600

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

( ) 10%, **OR**

(X) THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

**16. THIS PLAN ASSUMES OR REJECTS THE FOLLOWING EXECUTORY CONTRACTS:**

SHADOWBROOK TOWNHOMES          (X) Assumes **OR** ( ) Rejects.
CARCHOICE                      (X) Assumes **OR** ( ) Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above in approximately **60** months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED AN ACCEPTANCE OF THE PLAN**

**19. NON-STANDARD PROVISION(S):**

NONE

**ANY NON-STANDARD PROVISIONS STATED ELSEWHERE ARE VOID.**

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/ Brad George (TN #17994)                              **DATE:** February 18, 2020
Counsel for Debtor(s)
2400 Poplar Avenue #460
Memphis, TN  38112
(901) 323-1311